SEALED

FILED
JUL 0 3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-mj-0175 KJN |
| Plaintiff, | REQUEST TO SEAL AND [PROPOSED] ORDER |
| v. | UNDER SEAL |
| RANDY K. BARKER, and TAMARA BARKER, | |
| Defendants, | |

### APPLICATION

The United States hereby applies for an order directing that the criminal complaint, the supporting affidavit, and the arrest warrants in the above-titled matter, together with this application and this Court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals from learning of the existence of the warrant and order prior to its

///
///

1

execution.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

Dated: July 3, 2012

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant U.S. Attorney

### ~~PROPOSED~~ ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the supporting affidavit, and the arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court.

IT IS SO ORDERED

Date: July 3, 2012

/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge