```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. 2:12-MJ-175 KJN |
| | ) | |
| v. | ) | APPLICATION TO UNSEAL |
| | ) | COMPLAINT |
| RANDY K. BARKER, and | ) | |
| TAMARA BARKER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 3, 2012, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this case be unsealed.

DATED: July 12, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ Jared C. Dolan
                                           JARED C. DOLAN
                                           Assistant U.S. Attorney

```
1   BENJAMIN B. WAGNER
    United States Attorney
2   JARED C. DOLAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>RANDY K. BARKER, and               )<br>TAMARA BARKER                      )<br>                                   )<br>            Defendants.            )<br>_____) | NO. 2:12-MJ-175 KJN<br><br>ORDER<br>UNSEALING COMPLAINT |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: July 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE