```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2:12-MJ-175 KJN
                                 )
13     v.                        )   APPLICATION TO UNSEAL
                                 )   COMPLAINT
14  RANDY K. BARKER, and         )
    TAMARA BARKER,               )
15                               )
            Defendants.          )
16  _____)
17
         On July 3, 2012, the complaint was filed in the above-
18
    referenced case.  Since the defendants have now been arrested, it is
19
    no longer necessary for the complaint to be sealed.  The government
20
    respectfully requests that the complaint and this case be unsealed.
21
    DATED: July 12, 2012               Respectfully submitted,
22
                                       BENJAMIN B. WAGNER
23                                     United States Attorney
24
                                    By:/s/ Jared C. Dolan
25                                     JARED C. DOLAN
                                       Assistant U.S. Attorney
26
27
28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12         Plaintiff,            )  NO. 2:12-MJ-175 KJN
                                 )
13     v.                        )  ORDER
                                 )  UNSEALING COMPLAINT
14  RANDY K. BARKER, and         )
    TAMARA BARKER                )
15                               )
           Defendants.           )
16  _____)
17
         The government's request to unseal the Complaint and this case
18
    is GRANTED.
19
    SO ORDERED:
20
    DATED: July 12, 2012
21
```

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE