FILED
July 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-mj-00175-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| TAMARA BARKER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Tamara Barker</u>; Case <u>2:12-mj-00175-KJN</u> from custody and for the following reasons:

      __   Release on Personal Recognizance

      __   Bail Posted in the Sum of _____

      __   Unsecured Appearance Bond in the amount of $

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      <u>X</u>   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at   <u>Sacramento, CA</u>   on   <u>7/12/2012</u>   at  2:45 pm

By   _____
Kendall J. Newman
United States Magistrate Judge